171 So.2d 666

**Succession of Mark KING.**

**No. 47624.**

Feb. 24, 1965.

In re: Mrs. Mabel E. Pritchard, widow of Mark King, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 129.

Writ refused. The judgment of the Court of Appeal is correct.

171 So.2d 666

**Succession of Sam C. GRUBBS.**

**No. 47619.**

Feb. 24, 1965.

In re: Mrs. Virginia S. Grubbs applying for certiorari or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 170 So.2d 256.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

171 So.2d 666

**John A. BASKIN, individually and on behalf of his minor son, Rick Baskin,**

v.

**James Edward TARVER.**

**No. 47628.**

Feb. 25, 1965.

In re: James Edward Tarver applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 170 So.2d 197.

Writ refused. On the facts found by the Court of Appeal the result is correct.